UNITED STATES DISTRICT COURT
DISTRICT OF MARYLAND

| | |
|---|---|
| CHAMBERS OF<br>J. FREDERICK MOTZ<br>UNITED STATES DISTRICT JUDGE | 101 WEST LOMBARD STREET<br>BALTIMORE, MARYLAND 21201<br>(410) 962-0782<br>(410) 962-2698 FAX |

October 12, 2007

MEMO TO COUNSEL RE:  Westerlund Auto Sales, et al. v. Manheim Services Corp., et al.
Civil No. JFM-06-2046

Dear Counsel:

I have reviewed the memoranda submitted in connection with the motion to compel filed by the Manheim defendants.

The motion (as narrowed in the defendants' reply memorandum) is granted except as to interrogatory #25 and interrogatory #27. These interrogatories are somewhat broad. If, at a later stage of this litigation, the Manheim defendants can persuade me that they need all of the information requested in these interrogatories (either as now written or as subsequently narrowed), I will reconsider whether plaintiffs must provide the information.

In regard to interrogatory #26, if plaintiffs assert that the attorney client and attorney-work product privileges pertain to any of the requested communications, they must file a paper setting forth the information required by Discovery Guideline No. 9 of this court's Local Rules.

The Manheim defendants are awarded attorneys' fees in the amount of $2,500 in connection with the discovery disputes giving rise to their motion. Although the Manheim defendants have not submitted affidavits reflecting the amount of attorneys' fees they expended in connection with filing and briefing the motion, the $2,500 award I am making self-evidently is less than the amount they expended. In my judgment the making of at least a modest award is necessary as a sanction to impress upon plaintiffs their obligation to comply with appropriate discovery requests.

Plaintiffs are directed to supplement their discovery responses and pay the $2,500 attorneys' fee award on or before October 24, 2007. If they fail to do so, the Manheim defendants may file a motion for further sanctions (including dismissal of this action).

A scheduling conference to set new deadlines will be held on October 30, 2007 at 9:15 p.m. I ask counsel for plaintiff to initiate the call.

Despite the informal nature of this letter, it should be flagged as an opinion and docketed as an order.

Very truly yours,


/s/


J. Frederick Motz
United States District Judge